SMITH, MCDOWELL & POWELL,
A LAW CORPORATION
C. Jason Smith, SBN 237966
Brandon T. Wright, SBN 294305
100 Howe Avenue, Suite 208 South
Sacramento, CA 95825
Telephone: (916) 569-8100
Facsimile: (916) 848-3777

Attorneys for Plaintiff,
HALE BROS. INVESTMENT COMPANY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HALE BROS. INVESTMENT COMPANY, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> STUDENTSFIRST INSTITUTE, a District of Columbia non-profit corporation; STUDENTSFIRST, a District of Columbia non-profit corporation; 50CAN, INC., a Connecticut corporation; and DOES 1 through 50 inclusive. <br><br> Defendants. <br><br> STUDENTSFIRST INSTITUTE, et al., <br><br> Counterclaimants, <br><br> vs. <br><br> HALE BROS. INVESTMENT COMPANY, LLC, <br><br> Counterdefendant. | Case No.: 2:16-cv-02284-JAM-EFB <br><br> **DECLARATION OF LISA MONTAGNINO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> Hearing Date: January 30, 2018 <br> Hearing Time: 1:30 p.m. <br> Department: Courtroom 6 <br> Judge: The Honorable John A. Mendez <br><br> Trial Date: April 30, 2018 |

///

1

DECLARATION OF LISA MONTAGNINO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Lisa Montagnino, declare:

1. I am the Vice President of Property Management for Hale Bros. Investment Company, LLC, a California limited liability company, Plaintiff in the above-entitled action ("Plaintiff"), an individual, am over the age of 18 and am a resident of the County of Sacramento, State of California.

2. The contents of this declaration are made from my personal knowledge, except where stated on information and belief, and as to those matters I believe them to be true.

3. If called and sworn as a witness I could and would competently and truthfully testify to the facts set forth in this declaration.

4. I attended a meeting (the "Meeting") on April 29, 2016 in Plaintiff's office located on the third floor of the Hale Building, located at 825 K Street, Sacramento, CA 95814. The Meeting lasted approximately 40-45 minutes. The meeting was attended by myself, Kenneth King, senior in-house counsel for Plaintiff, Paul Petrovich, owner of Hale Bros. Investment Company, LLC (collectively, "we" or "us"), Kellen Arno ("Arno") of StudentsFirst and StudentsFirst Institute (collectively, "StudentsFirst"), and Deana Lord ("Lord"), Chief Financial Officer of StudentsFirst.

5. At the Meeting, we were informed by Arno and Lord that due to changes to the StudentsFirst organization, StudentsFirst intended to vacate the premises located on the second floor of the Hale Building, located at 825 K Street, Sacramento, CA 95814 (the "Lease") and cease payment of rent by the end of June 2016 and prior to the termination of the lease. We were also informed by Arno and Lord that StudentsFirst was in the process of winding up its affairs and merging its operations with a third party. Arno and Lord further informed us that StudentsFirst would be abandoning the Premises, and that it expected to dissolve by September 2016 (well before the end of the Lease term).

6. At the Meeting, Arno and Lord provided a financial spreadsheet (which included StudentsFirst's quarterly cash projections – ending June 30th, consolidated activities, and consolidated financial positions) which disclosed StudentsFirst transfer of $1.2 million in contributions being transferred to 50CAN, Inc. ("50CAN"). A true and correct copy of this

financial statement is attached hereto as **Exhibit A**. StudentsFirst's financial cash projections failed to show any ongoing Lease payments past June 2016, consistent with statements made by Arno and Lord that it would cease paying rent in or around June 2016. The StudentsFirst financial disclosure also projected disbursements of more than $800,000 in transition payroll and nearly the same about in severance payments.

7. On or before June 30, 2016, StudentsFirst vacated the Premises, just as they indicated they intended to do in the April 29, 2016 Meeting. Also, as they indicated they would, StudentsFirst ceased making all payment under the Lease after June 2016.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

DATED: January 16, 2018

_____
Lisa Montagnino



DECLARATION OF LISA MONTAGNINO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# Exhibit No. A

StudentsFirst and StudentsFirst Institute
Cash Projections

| | April | May | June | Total |
|---|---|---|---|---|
| Beginning Cash | $ 2,886,712 | $ 2,596,370 | $ 1,876,999 | $ 2,886,712 |
| **Projected Cash Receipts** | | | | |
| Contributions | 611,500 | - | - | 611,500 |
| Management fees | 22,000 | 22,000 | - | 44,000 |
| Release of standby LOC related to HQ office lease* | 500,000 | - | - | 500,000 |
| Total Cash Receipts | 1,133,500 | 22,000 | - | 1,155,500 |
| **Projected Cash Disbursements** | | | | |
| Payroll during transition | 456,471 | 206,745 | 176,482 | 839,698 |
| Payroll related to termination of employees | 193,959 | 347,968 | 257,066 | 798,993 |
| Professional fees - lobbyists, consultants, tax and accounting | 158,876 | 78,089 | 81,777 | 318,741 |
| Rent & office expenses** | 48,590 | 47,715 | 47,715 | 144,021 |
| All other operational expenses | 80,946 | 60,854 | 60,854 | 202,654 |
| Tax return preparation for FY 2016 | | | 30,000 | 30,000 |
| Ongoing IRS examination to completion | | | 10,000 | 10,000 |
| Consulting fees to handle EDD audit | | | 20,000 | 20,000 |
| Remaining contracts on computer equipment | | | 59,000 | 59,000 |
| Remaining consulting expense reimbursement | | | 32,000 | 32,000 |
| Transfers to PACs | 185,000 | - | - | 185,000 |
| Transfers to 50CAN for restricted contributions | 300,000 | - | 900,000 | 1,200,000 |
| Total Cash Disbursements | 1,423,842 | 741,371 | 1,674,895 | 3,840,107 |
| **Ending Cash** | $ 2,596,370 | $ 1,876,999 | $ 202,104 | $ 202,104 |

*Remaining $500,000 not released until mid-February 2018 (100 days after 10/31/2017)

**Remaining HQ lease payments at July 1, 2016 will be $652,660

StudentsFirst and StudentsFirst Institute
Consolidated Statements of Activities

| | For the Month Ended | | | For the Three Months Ended |
|---|---|---|---|---|
| | Jan 31, 2016 | Feb 29, 2016 | Mar 31, 2016 | Mar 31, 2016 |
| Contribution revenue | $ 1,302,033 | $ 36,660 | $ 503 | $ 1,339,196 |
| Other revenue | 22,008 | 22,000 | 22,075 | 66,083 |
| | 1,324,041 | 58,660 | 22,578 | 1,405,279 |
| Personnel costs | 559,955 | 514,994 | 515,445 | 1,590,394 |
| Bank, brokerage, merchant fees | 186 | 126 | 123 | 435 |
| Consulting | 68,444 | 88,102 | 74,939 | 231,486 |
| Depreciation | 7,752 | 7,822 | 7,752 | 23,326 |
| Events | 9,476 | 553 | 834 | 10,863 |
| Grants & contributions | 10,000 | 15,250 | 1,250 | 26,500 |
| Information technology | 19,170 | 28,424 | 33,004 | 80,599 |
| Lobbying | 50,874 | 60,200 | 42,480 | 153,554 |
| Occupancy | 49,375 | 48,475 | 48,534 | 146,384 |
| Other operating expenses | 5,500 | - | - | 5,500 |
| Other programmatic expense | 3,399 | 7,450 | 1,250 | 12,100 |
| Shipping & supplies | 1,531 | 4,907 | 1,285 | 7,723 |
| Travel & entertainment | 24,754 | 22,153 | 8,735 | 55,642 |
| Subscriptions & fees | 11,419 | 6,134 | 3,865 | 21,419 |
| | 821,836 | 804,590 | 739,498 | 2,365,925 |
| | $ 502,205 | $ (745,930) | $ (716,920) | $ (960,646) |

SMP000340

StudentsFirst and StudentsFirst Institute
Consolidated Statement of Financial Position
March 31, 2016

| | | |
|---|---|---:|
| **ASSETS** | | |
| Cash | $ | 2,886,712 |
| Prepaid insurance | | 26,929 |
| Other prepaids | | 70,963 |
| Property & equipment, net | | 94,889 |
| Rent deposit | | 45,950 |
| Restricted cash (WF CD) | | 1,000,908 |
| **Total Assets** | $ | 4,126,351 |
| | | |
| **LIABILITIES & NET ASSETS** | | |
| Accounts payable | $ | 122,111 |
| Accrued expenses | | 98,454 |
| Deferred rent payable | | 111,008 |
| 401k employee withholding liability | | 9,682 |
| Vacation payable | | 210,523 |
| Other short-term liabilities | | 4,995 |
| **Total Liabilities** | | 556,773 |
| Net Assets | | 3,569,578 |
| **Total Liabilities and Net Assets** | $ | 4,126,351 |

SMP000341