Patrick S. Thompson, Bar No. 160804
PatrickThompson@perkinscoie.com
Donna M. Strain, Bar No. 305599
DStrain@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA  94105-3204
Telephone:  415.344.7000
Facsimile:  415.344.7050

Attorneys for Defendants
STUDENTSFIRST INSTITUTE,
STUDENTSFIRST and 50CAN, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HALE BROS. INVESTMENT COMPANY, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br> v.<br><br>STUDENTSFIRST INSTITUTE, a District of Columbia non-profit corporation; STUDENTSFIRST, a District of Columbia non-profit corporation; and 50CAN, INC., a Connecticut corporation,<br><br>    Defendants. | Case No. 2:16-cv-02284-JAM-EFB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| STUDENTSFIRST INSTITUTE, et al.,<br><br>    Counterclaimants,<br><br> v.<br><br>HALE BROS. INVESTMENT COMPANY, LLC,<br><br>    Counterdefendant. | |

1    Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties to this action, Defendants StudentsFirst, StudentsFirst Institute, and 50CAN, Inc. (collectively, "Defendants"), and Plaintiff Hale Bros. Investment Company, LLC ("Plaintiff"), (collectively, the "Parties") hereby stipulate and agree as follows:

   1. The above-captioned action, including the counterclaim brought by StudentsFirst and StudentsFirst Institute, is dismissed with prejudice.

   2. Each Party shall bear its own costs and attorney's fees incurred in connection with this action.

DATED: May 9, 2018           **PERKINS COIE LLP**

                             By:  /s/ Patrick S. Thompson
                                  Patrick S. Thompson
                                  Donna M. Strain
                                  PERKINS COIE LLP

                             Attorneys for Defendants
                             STUDENTSFIRST INSTITUTE,
                             STUDENTSFIRST and 50CAN, INC.

DATED: May 9, 2018           **SMITH, McDOWELL & POWELL,**
                             **A LAW CORPORATION**

                             By:  /s/ C. Jason Smith
                                  C. Jason Smith
                                  Brandon T. Wright

                             Attorneys for Plaintiff,
                             Hale Bros. Investment Company, LLC

STIPULATION FOR DISMISSAL WITH PREJUDICE                -1-
(Case No. 2:16-cv-02284-JAM-EFB)