1 | Patrick S. Thompson, Bar No. 160804
PatrickThompson@perkinscoie.com
2 | Donna M. Strain, Bar No. 305599
DStrain@perkinscoie.com
3 | PERKINS COIE LLP
505 Howard Street, Suite 1000
4 | San Francisco, CA 94105-3204
Telephone: 415.344.7000
5 | Facsimile: 415.344.7050

6 | Attorneys for Defendants
STUDENTSFIRST INSTITUTE,
7 | STUDENTSFIRST and 50CAN, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HALE BROS. INVESTMENT COMPANY, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STUDENTSFIRST INSTITUTE, a District of Columbia non-profit corporation; STUDENTSFIRST, a District of Columbia non-profit corporation; and 50CAN, INC., a Connecticut corporation,<br><br>　　　　　Defendants. | Case No. 2:16-cv-02284-JAM-EFB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| STUDENTSFIRST INSTITUTE, et al.,<br><br>　　　　　Counterclaimants,<br><br>　v.<br><br>HALE BROS. INVESTMENT COMPANY, LLC,<br><br>　　　　　Counterdefendant. | |

1  Having received and considered the Stipulation for Dismissal
2  with Prejudice submitted by the parties,
3  IT IS HEREBY ORDERED that the above-captioned action is
4  dismissed with prejudice.  Each party shall bear its own costs
5  and attorney's fees.

   **IT IS SO ORDERED.**

Dated: 5/9/2018                /s/ John A. Mendez
                               JOHN A. MENDEZ
                               United States District Court Judge